In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00128-CV**
_____

**LESSMAN ROOFING AND SHEETMETAL LLC, Appellant**

**V.**

**JACK E. ADCOX, Appellee**

_____

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Cause No. 2018-66978**

_____

## MEMORANDUM OPINION

Appellant Lessman Roofing and Sheetmetal LLC filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.[1]

---

[1]This case was transferred to this Court from the Fourteenth Court of Appeals in Houston, Texas, pursuant to a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on July 14, 2021
Opinion Delivered July 15, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.